# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR146 |
| vs. ) | |
| ) | ORDER |
| ANTWAIN S. DAVIS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the government's motion to extend the deadlines for providing Rule 16 discovery and for filing pretrial motions [13]. Upon the representation that defense counsel has no objection,

**IT IS ORDERED** that the motion [13] is granted, as follows:

1. The deadline for providing discovery pursuant to Fed. R. Crim. P. 16 is extended to **May 23, 2007**.

2. The deadline for filing pretrial motions is extended to **June 5, 2007**.

3. The ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 22, 2007 and June 5, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED May 17, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge