IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:07CR146
                               )
      v.                       )
                               )
ANTWAIN DAVIS,                 )           ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to extend time in which to file sentencing motions (Filing No. 27). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until October 31, 2007, to file sentencing motions and supporting briefs in this case.

DATED this 16th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court