IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR146 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTWAIN DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 29). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant is permitted to file an objection to the presentence report and sentencing memorandum as restricted pursuant to the E-Government Act.

DATED this 1st day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court